Pos #11

Fulton County Magistrate Court
***E-FILED***AB
Date: 8/13/2026 4:55 PM
Che Alexander, Clerk
26ED392744

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

2018-4 IH Borrower, LP
LANDLORD (Plaintiff),

vs.

Tamerlane Bey II and all others
TENANT (Defendant).

Civil Action File No: 26ED392744

## CONSENT AGREEMENT

This case was ☐ mediated ☑ settled on the 13 day of August, 2026 and it appearing that the parties have resolved this matter ☐ through mediation ☐ by agreement, it is hereby ordered, pursuant to the request of the parties, that the case be removed from adjudication by the Court, and further that the agreement reached by the parties be made an order of the Court, NOW THEREFORE:

The parties agree that Plaintiff is entitled to a WRIT OF POSSESSION and judgment against Defendant(s) in the amount of $ 11190.35 rent for the following period: Through 8/27/26

☐ **The parties have agreed to the following:** ☑ **Conditioned upon the following:**

**WHEREFORE,** the parties agree that a WRIT OF POSSESSION will be issued:

☐ On ______ ☐ Instanter ______ (date)

☑ Upon Defendant's failure to pay Plaintiff $ 11190.35 on or before 8/27/26, and upon sworn application by Plaintiff that said rent is unpaid. Payments must be via certified funds

**FURTHER AGREED** that: (Applicable only if checked) In the event of default

☑ Plaintiff is entitled to recover judgment against Defendant(s) Tamerlane Bey II in the amount of $ 11190.35 plus court costs and interest as allowed by law and accruing hereafter.

☐ Upon Defendant's failure to comply as stated above, Plaintiff is entitled to recover judgment against Defendant(s) ______ in the amount of $ ______ plus court costs and interest as allowed by law and accruing hereafter, less any amounts paid.

☐ Defendant ______ is entitled to recover judgment against Plaintiff ______ in the amount of $ ______.

☐ Plaintiff is entitled to draw down funds in the court registry ______

DAG / [signature] The parties waive their right to petition for review.
Landlord Initials Tenant Initials

Consented to: [signature] (Tony Gellert [illegible] (OSTT))
Landlord (Plaintiff)

[signature]
Tenant (Defendant)

So Ordered this 13th day of August, 2026.

[signature] Renelle Bozley
Judge, Magistrate Court of Fulton County

Rev. 02/2025 Form A