Fulton County Magistrate Court
***E-FILED***CR
Date: 9/2/2026 11:35 AM
Che Alexander, Clerk
26ED392744

# MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA
## APPLICATION TO EXECUTE WRIT OF POSSESSION

Case No. 26ED392744

2018-4 IH Borrower LP
Plaintiff

vs.

Tamerlane Bey II, and All Other Occupants
Defendants(s)

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Address

Atlanta, Georgia 30338
City State Zip

mft@tottenfirm.com
Email Address
TF#07980

172 N Mill Rd
Property Address
Atlanta, GA 30328
City State Zip

Application is hereby made to the Court for the issuance of a Writ of Possession due to the failure of the Defendant to:

_______ file his/her answer, and Plaintiff has not accepted money.

_______ comply with the Order of this Court dated__________, in that payment(s) of $___________, due on_________were missed, and Plaintiff has not accepted money after that date.

___X___ pursuant to Court's Order, and Plaintiff has not accepted money in the interim.

_______ Other________________________________

Sworn to /Subscribed/ filed before me
This 28 day of August , 2026.
[signature]
Deputy Clerk/ Notary Public

KATHRYN D. TOTTEN NOTARY EXPIRES GEORGIA 01-16-2027 PUBLIC DEKALB COUNTY, GA

This 28 day of August , 2026.
[signature]
Attorney/ Owner/ Agent Phone#
MATTHEW F. TOTTEN GA Bar No. 798589
*Scheduling – first available; call 404-905-6577 + e-mail mft@tottenfirm.com w/ first available date*

## WRIT OF POSSESSION

GEORGIA, FULTON COUNTY

**TO THE MARSHAL OR HIS LAWFUL DEPUTIES:**

You are hereby commanded to remove said Defendant together with his/her property hereon from said house and premises and to deliver full and quiet possession of same to the Plaintiff herein.

This______day of 9/16/2026, _______.

[signature]
Judge, Magistrate Court of Fulton County
Paul R. Knighten, Judge

______Vacated______Settled ______Ejected ______Held up ________________________________

Comments:
________________________________________________________________________

________________________________________________________________________

Deputy Marshal:________________________________ Date: ______________________