# United States Bankruptcy Court
# Northern District of Georgia

1340 U.S. Courthouse
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

**VANIA S. ALLEN**
CLERK OF COURT

PHONE: 404-215-1000

September 28, 2026

Invitation Homes
8601 Dunwoody Place, Ste 520
Sandy Springs, GA 30350
**VIA CERTIFIED MAIL (Certificate mail # 7012 1010 0000 1863 2444)**
**RETURN RECEIPTED REQUESTED**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP 28 P 1:14
VANIA S. ALLEN
CLERK
BY: ______
DEPUTY CLERK

In re: Tamerlane Timur Bey, II
Bankruptcy Case Number: 26-62896-lrc
Chapter 7

Dear Madam or Sir:

Debtor filed a bankruptcy petition on September 25, 2026. Debtor has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which debtor resides as a tenant. In accordance with 11 U.S.C § 362(1) of the Bankruptcy Code, Debtor has deposited funds with the Clerk of Court and Debtor contends that this amount represents rent that will be come due during the 30-day period following the filing of the bankruptcy petition.

Section 362(1)(5)(D) of the U.S. Bankruptcy Code provides that the Clerk of Court shall arrange for the prompt transmittal of the rent deposited to the lessor. Accordingly, enclosed please find the following documents.

(1) Money Order no. 19-716738350 in the amount of $500.00.
(2) Money Order no. 19-716738352 in the amount of $500.00.
(3) Money Order no. 19-743836198 in the amount of $500.00.
(4) Money Order no. 19-716738353 in the amount of $500.00.
(5) Money Order no. 19-716738354 in the amount of $500.00.
(6) Money Order no. 19-716738351 in the amount of $500.00.
(7) Money Order no. 19-743836197 in the amount of $500.00.

Sincerely,

VANIA S. ALLEN, CLERK OF COURT

By: ______________________
Carrie Ramirez
Financial Specialist

ENCLOSURES

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-743836197

PAY PAY EXACTLY $500.00

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

$500.00

PAY TO THE ORDER OF Invitation Homes

172 North Mill 30328

PAYMENT FOR/ACCT. #

PURCHASER'S SIGNATURE [signature]

MOBILE DEPOSIT PROHIBITED

[redacted]

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-716738353

$ [illegible]

PAY EXACTLY [illegible]

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS 172 North Mill Road 30328

PURCHASER'S SIGNATURE [signature]

MOBILE DEPOSIT PROHIBITED

[redacted]

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-716738354

$ [illegible]

PAY EXACTLY [illegible]

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS 172 N Mill Road 30328

PURCHASER'S SIGNATURE [signature]

MOBILE DEPOSIT PROHIBITED

[redacted]

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado — MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

19-716738351

$ [illegible]

PAY EXACTLY [illegible]

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS 172 N Mill Road 30328

PURCHASER'S SIGNATURE [signature]

MOBILE DEPOSIT PROHIBITED

[redacted]

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-716738350

$

[redacted]

PAY EXACTLY

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

172 N Mill Road 30328

PURCHASER'S SIGNATURE

MOBILE DEPOSIT PROHIBITED

[redacted]

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-716738352

$

[redacted]

PAY EXACTLY

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

172 N Mill Road 30328

PURCHASER'S SIGNATURE

MOBILE DEPOSIT PROHIBITED

[redacted]

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

***PAY EXACTLY $500.00

19-743836198

A 366441 0 091726
T 1941 408
19743836198 L 0460

$ 500.00

[redacted]

PAY EXACTLY FIVE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF Invitation Homes

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS

172 North Mill 30328

PURCHASER'S SIGNATURE

MOBILE DEPOSIT PROHIBITED

[redacted]