**IT IS ORDERED as set forth below:**

**Date: September 29, 2026**

Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is the Motion for 30-Day Temporary Waiver filed by Tamerlane Timur Bey, II (Doc. No. 6, the "Motion"). It appearing that Debtor is eligible for a waiver under § 109(h)(3),

IT IS ORDERED that the Motion is GRANTED. Debtor is reminded that Debtor must obtain the credit counseling briefing within thirty (30) days of the date of the filing of Debtor's bankruptcy petition and must file the certificate evidencing completion.

**END OF DOCUMENT**

**<u>Distribution List</u>**

Tamerlane Timur Bey, II
172 North Mill Rd
Sandy Springs, GA 30328

Jason L. Pettie
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339