FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP 30 A 10:38
BY: DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

IN RE:

TAMERLANE TIMUR BEY, II,

**Debtor(s).**

CASE NO. 26-62896-LRC
CHAPTER 7

Judge Ritchey Craig

2018-4 IH BORROWER LP,

**Movant,**

v.

Tamerlane Timur Bey, II, Debtor(s),
Office of the United States Trustee, Trustee[1]

**Respondents.**

## EMERGENCY MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON DOC. 17 AND RELATED RELIEF

COMES NOW, Tamerlane Timur Bey, II, (hereinafter "Debtor") appearing pro se, and respectfully, moves the Court pursuant to BLR 9006-2 and BLR 9013-4 for an expedited hearing concerning the Renewed Motion filed September 29, 2026 (Doc. 17), and states:

1. Doc. 17 asks the Court to confirm that no automatic stay prevents execution of the September 16, 2026 prepetition writ of possession and also seeks attorney's fees, costs, and sanctions.

2. The requested relief directly concerns possession of Debtor's residence and therefore presents an immediate and concrete issue requiring judicial attention.

3. The motion turns on the original Form 101A, the subsequent Form 101A, and the prior order identified by the movant as Doc. 13. Debtor should have an opportunity to address those documents before additional relief is entered.

4. BLR 9006-2 and BLR 9013-4 authorize the Court, for good cause shown, to shorten time and hearing requirements for emergency matters requiring immediate attention. The rules also require an emergency or expedited motion to contain the corresponding word in its title and require the filing party to advise chambers staff of a filing requiring immediate judicial attention.

5. Debtor requests only the expedited consideration necessary to determine the pending dispute and preserve the status quo; Debtor does not ask the Court to decide disputed factual issues without an opportunity for the parties to be heard.

**WHEREFORE, Debtor respectfully requests that the Court and prays for the following relief:**

(a) Debtor requests an expedited hearing on Doc. 17 and the accompanying objection;

(b) Debtor requests that execution of the September 16, 2026 writ of possession be temporarily stayed pending the expedited hearing and further order of this Court;

(c) Debtor requests that the Court defer the requests for fees, costs, and sanctions until after notice and an opportunity to be heard; and

(d) Debtor requests such other relief as the Court deems lawful and appropriate.

Respectfully submitted, this Wednesday September 30th, 2026.

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2026, I served a true and correct copy of the foregoing **EMERGENCY MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON DOC. 17 AND RELATED RELIEF**, together with all accompanying exhibits, upon counsel for Movant and all other parties entitled to notice in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia.

**Tamerlane Timur Bey, II**
Debtor, Pro Se

Date: Tuesday, September 30th, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |