FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP 30 A 10:39
VANIA S. ALLEN
BY: DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br><br>TAMERLANE TIMUR BEY, II,<br><br>**Debtor(s).** | CASE NO. 26-62896-LRC<br>CHAPTER 7 |
| 2018-4 IH BORROWER LP,<br><br>**Movant,**<br><br>v.<br><br>Tamerlane Timur Bey, II, Debtor(s),<br>Office of the United States Trustee, Trustee[1]<br><br>**Respondents.** | Judge Ritchey Craig |

**DECLARATION OF TAMERLANE TIMUR BEY, II IN SUPPORT OF EMERGENCY FILINGS**

I, Tamerlane Timur Bey, II, declare under penalty of perjury as follows:

1. I am the Debtor in Case No. 26-62896-lrc.

2. I filed my Chapter 7 petition on September 25, 2026.

3. The underlying state-court dispossessory case is Fulton County Magistrate Court Case No. 26ED392744.

4. The Fulton County Magistrate Court issued a writ of possession on September 16, 2026.

5. The bankruptcy docket contains an initial Form 101A filed with the petition and a later Form 101A identified by the movant as Doc. 15.

6. I have reviewed the renewed motion filed by the landlord on September 29, 2026 as Doc. 17.

7. I dispute the landlord's characterization of my later Form 101A as a knowingly false or bad-faith filing.

8. I am requesting an expedited hearing because the landlord's requested relief concerns possession of my residence and execution of the prepetition writ.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 30, 2026.

I hereby certify that on this 30th day of September, 2026, I served a true and correct copy of the foregoing **DECLARATION OF TAMERLANE TIMUR BEY, II IN SUPPORT OF EMERGENCY FILINGS**, together with all accompanying exhibits, upon counsel for Movant and all other parties entitled to notice in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia.

**Tamerlane Timur Bey, II**
Debtor, Pro Se

Date: Tuesday, September 30th, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>*tbeyii@gmail.com* | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2026, I served a true and correct copy of the foregoing **DECLARATION OF TAMERLANE TIMUR BEY, II IN SUPPORT OF EMERGENCY FILINGS**, together with all accompanying exhibits, upon counsel for Movant and all other parties entitled to notice in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia.

**Tamerlane Timur Bey, II**
Debtor, Pro Se

Date: Tuesday, September 30th, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |