**IT IS ORDERED as set forth below:**

**Date: September 30, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER TO SUPPLEMENT DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

The Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. 4). The Court cannot adequately evaluate the Application because the Debtor has not filed each of the documents required by section 521 of the Bankruptcy Code. Accordingly, it is hereby

**ORDERED** that, on or before **October 9, 2026**, the Debtor is directed to file all

missing documents, including Schedules I & J. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Clerk is directed to serve a copy of this order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**