**IT IS ORDERED as set forth below:**

**Date: September 29, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is the *Motion for Entry of Order Confirming that No Stay is In Effect, Pursuant to 11 USC 362(b)(22)* (Doc. 7, the "Motion"), filed by 2018-4 IH Borrower LP ("Movant"). The Court makes the following findings of fact based on the docket of this case:

1. Debtor filed a voluntarily petition (the "Petition") under Chapter 7 of the Bankruptcy Code on September 25, 2026 (the "Petition Date").

2. Debtor resides at 172 North Mill Rd, Atlanta, GA 30328 (the "Premises").
3. With the Petition, Debtor filed a statement regarding eviction, in which Debtor stated that Movant has a judgment for possession against Debtor and certified under penalty of perjury that Debtor has deposited enough money with the Clerk to pay the first 30 days of rent that will come due postpetition (Doc. 5, the "Statement"). Debtor did not certify that there is applicable nonbankruptcy law that would allow Debtor to cure the deficiency owed Movant.
4. On September 27, 2026, Movant filed the Motion.
5. In the Motion, Movant seeks an order confirming that no automatic stay is in effect that would prevent execution upon a writ of possession as to the Premises that Movant obtained prepetition.
6. Consistent with the information in the Statement, Movant asserted in the Motion that it commenced a dispossessory proceeding against Debtor for possession and monetary judgment for the Premises due to non-payment of rent in the Magistrate Court of Fulton County, Georgia (Case No. 26ED392744), and that Movant obtained a judgment for possession and a writ of possession prior to the Petition Date.
7. Debtor deposited postpetition rent with the Clerk of Court. *See* Doc. 11.

Section 362(b)(22) of the Bankruptcy Code provides an exception to the automatic

stay that allows a lessor to continue "any eviction, unlawful detainer action, or similar proceeding" against the debtor "involving residential property in which the debtor resides as a tenant under a lease or rental agreement and with respect to which the lessor has obtained before the date of the filing of the bankruptcy petition, a judgment for possession of such property against the debtor." 11 U.S.C. § 362(b)(22). A debtor can obtain temporary relief from the lack of a stay if the debtor complies with the requirements of § 362(l). Pursuant to § 362(l), § 362(b)(22) (*i.e.*, the exception to the automatic stay) shall apply on the date that is 30 days after the date on which the bankruptcy petition is filed, if the debtor files with the petition and serves upon the lessor a certification under penalty of perjury that--(A) under nonbankruptcy law applicable in the jurisdiction, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after that judgment for possession was entered; *and* (B) the debtor (or an adult dependent of the debtor) has deposited with the clerk of the court, any rent that would become due during the 30-day period after the filing of the bankruptcy petition." *Id*. § 362(l) (emphasis added).

Although Debtor did deposit rent with the Clerk of the Court, Debtor failed to make the certification regarding applicable nonbankruptcy law required by § 362(l). Consequently, the exception to the automatic stay provided by § 362(b)(22) was triggered for the initial 30 days after the Petition Date and the exception provided by § 362(l) did not

become effective. Accordingly,

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the automatic stay is not in effect with respect to 2018-4 IH Borrower LP's continuation of eviction actions in the Magistrate Court of Fulton County, Georgia, with respect to Debtor and the leased residential property known as 172 N. Mill Road, Atlanta, GA 30328. Movant may proceed with the pending dispossessory action and exercise all its state law rights and remedies with respect to the Premises.

**END OF DOCUMENT**

**Distribution List**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Tamerlane Timur Bey, II, Debtor
172 North Mill Rd
Sandy Springs, GA 30328

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62896-lrc
Tamerlane Timur Bey, II Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: pdf602 Total Noticed: 6

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |
| cr | + | 2018-4 IH Borrower LP, c/o The Totten Firm, 5579 Chamb-Dunwoody Rd, Ste B-136, Atlanta, GA 30338 US 30338-4154 |
| | + | Matthew Totten, Esq., THE TOTTEN FIRM, LLC, 5579 Chamblee-Dunwoody Rd, Ste B136, Atlanta, GA 30338-4154 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| | + | Email/Text: jpettie@gordonpettie.com | Sep 29 2026 21:29:00 | Jason L. Pettie, Gordon and Pettie, LLC, 1600 Parkwood Circle SE, Suite 500, Atlanta, GA 30339-2147 |
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 29 2026 21:29:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 26134484 | ^ | MEBN | Sep 29 2026 21:28:41 | Invitation Homes, 8601 Dunwoody Place, Ste 520, Sandy Springs, GA 30350-2551 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| | *+ | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Matthew Franklin Totten | on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3