IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

IN RE:

TAMERLANE TIMUR BEY, II,

Debtor(s).

2018-4 IH BORROWER LP,

Movant,

v.

Tamerlane Timur Bey, II, Debtor(s),
Office of the United States Trustee, Trustee[1]

Respondents.

CASE NO. 26-62896-LRC
CHAPTER 7

Judge Ritchey Craig

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT -2 P 3:59
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

## STATEMENT OF FEDERAL QUESTIONS PRESENTED

The Debtor respectfully submits the following federal questions for the Court's consideration in connection with the pleadings and emergency relief already filed in this case:

1. Whether 11 U.S.C. § 362(a) provides automatic-stay protection to the Debtor notwithstanding the residential eviction exception contained in 11 U.S.C. § 362(b)(22), based upon the particular procedural and factual circumstances presented in this case.
2. Whether the requirements and protections contained in 11 U.S.C. § 362(l) have been satisfied, or remain subject to determination, where the Debtor has asserted a dispute

concerning the amount owed, payment history, and the treatment of payments made or tendered in connection with the underlying eviction proceeding.

3. Whether a state-law eviction procedure or state-court writ of possession may be applied in a manner that conflicts with, or effectively eliminates protections otherwise provided by, the federal Bankruptcy Code.

4. Whether the Supremacy Clause requires state eviction procedures and state-court processes to yield to applicable federal bankruptcy protections where the requirements of the Bankruptcy Code have been invoked.

5. Whether the Bankruptcy Court must determine the federal bankruptcy consequences of the state-court judgment and writ, including the applicability of 11 U.S.C. §§ 362(a), 362(b)(22), and 362(l), rather than allowing the existence of the state-court writ alone to resolve the federal questions.

6. Whether disputed payments, the Debtor's payment history, and the parties' respective accounting of amounts allegedly due are relevant to the determination of the Debtor's rights and protections under the Bankruptcy Code.

7. Whether additional factual findings concerning the state-court eviction proceeding, the amount allegedly owed, payments made or tendered, and the issuance and enforcement of the writ of possession are necessary before determining the scope of any applicable exception to the automatic stay.

8. Whether the federal bankruptcy court has authority to preserve the status quo and provide appropriate relief while the federal questions concerning the interaction between the Bankruptcy Code and the state eviction process are being determined.

9. Whether the Debtor's pending state appellate proceedings and the procedural status of the underlying dispossessory action are relevant to the federal bankruptcy court's determination of the parties' rights under the Bankruptcy Code.

10. Whether, under the particular circumstances presented, the application of 11 U.S.C. §§ 362(a), 362(b)(22), and 362(l) requires further judicial determination before the Debtor may be deprived of the protections of the automatic stay.

Respectfully submitted, this Wednesday October 2nd, 2026.

Debtor, Pro Se

Case No. 26-62896-LRC

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2026, I served a true and correct copy of the foregoing EMERGENCY MOTION FOR RECONSIDERATION OF DOC. 13 AND FOR TEMPORARY STAY PENDING HEARING, together with all accompanying exhibits, upon counsel for Movant and all other parties entitled to notice in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia.

Tamerlane Timur Bey, II
Debtor, Pro Se

Date: Tuesday, October 2nd, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |