**IT IS ORDERED as set forth below:**

**Date: September 30, 2026**

Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER TO SUPPLEMENT DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

The Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. 4). The Court cannot adequately evaluate the Application because the Debtor has not filed each of the documents required by section 521 of the Bankruptcy Code. Accordingly, it is hereby

**ORDERED** that, on or before **October 9, 2026**, the Debtor is directed to file all

missing documents, including Schedules I & J. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Clerk is directed to serve a copy of this order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62896-lrc
Tamerlane Timur Bey, II Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Sep 30, 2026 Form ID: pdf492 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Matthew Franklin Totten | on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3