**IT IS ORDERED as set forth below:**

**Date: October 6, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF HEARING**

Having read and considered the Debtor's Emergency Motion to Shorten Time and for Expedited Hearing (Doc. 21),

IT IS ORDERED, and notice is given, that the Court will hold a hearing on the Emergency Motion for Reconsideration of Doc.13 and for Temporary Stay Pending Hearing (Doc. 19) and the Emergency Motion for Stay Pending Appeal Pursuant to FED.R.BANKR.P.8007 (Doc. 24), filed by Debtor, and the Motion for Entry of Order

Confirming That No Stay is in Effect, RENEWED (Doc. 17), filed by 2018-4 IH Borrower LP, on **October 14, 2026, at 9:45 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must attended in person unless otherwise ordered by the Court;

IT IS FURTHER ORDERED that, to the extent Debtor has requested entry of a stay pending a hearing, it is DENIED, and the Court will consider whether to grant a stay pending appeal at the hearing.

**END OF DOCUMENT**

**Distribution List**

Tamerlane Timur Bey, II
172 North Mill Rd
Sandy Springs, GA 30328

Jason L. Pettie
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338