**IT IS ORDERED as set forth below:**

**Date: October 6, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF HEARING**

Having read and considered the Debtor's Emergency Motion to Shorten Time and for Expedited Hearing (Doc. 21),

IT IS ORDERED, and notice is given, that the Court will hold a hearing on the Emergency Motion for Reconsideration of Doc.13 and for Temporary Stay Pending Hearing (Doc. 19) and the Emergency Motion for Stay Pending Appeal Pursuant to FED.R.BANKR.P.8007 (Doc. 24), filed by Debtor, and the Motion for Entry of Order

Confirming That No Stay is in Effect, RENEWED (Doc. 17), filed by 2018-4 IH Borrower LP, on **October 14, 2026, at 9:45 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must attended in person unless otherwise ordered by the Court;

IT IS FURTHER ORDERED that, to the extent Debtor has requested entry of a stay pending a hearing, it is DENIED, and the Court will consider whether to grant a stay pending appeal at the hearing.

**END OF DOCUMENT**

**Distribution List**

Tamerlane Timur Bey, II
172 North Mill Rd
Sandy Springs, GA 30328

Jason L. Pettie
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62896-lrc
Tamerlane Timur Bey, II Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Oct 06, 2026 Form ID: pdf534 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Matthew Franklin Totten | on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3