This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Georgia

Notice of Electronic Filing

The following transaction was entered on 10/2/2026 at 12:59 PM EDT and filed on 10/1/2026

| | |
|---|---|
| Case Name: | Bey v. 2018-4 IH Borrower LP |
| Case Number: | 1:26-cv-05692-TRJ |
| Filer: | Tamerlane Timur Bey |
| Document Number: | 2 |

Docket Text:
Bankruptcy Notice of Appeal, USBC Case#: 26-62896-lrc. Notice of Appeal filed 9/30/2026 from Order entered 9/29/2026 by Appellant Tamerlane Timur Bey, II. Fee Paid: No. filed by Tamerlane Timur Bey. (Attachments: # (1) Notice of Appeal, # (2) Appealed Order Doc 13, # (3) Bankruptcy Docket Sheet)(bgt) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.

1:26-cv-05692-TRJ Notice has been electronically mailed to:

1:26-cv-05692-TRJ Notice has been delivered by other means to:

Tamerlane Timur Bey

172 North Mill Rd
Sandy Springs, GA 30328

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=10/2/2026] [FileNumber=16131585-0] [6c32cfd29aced56ecfd76b4723b82008d51c1bb78f2f0cfbe9c3e5c00ac3a713db c3f114dc71e559e7a4df036df328ceba989dad3c2ce821fa37179884ea0d2a]]
Document description: Notice of Appeal
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=10/2/2026] [FileNumber=16131585-1] [0a3fb78d7b917d18ead9fc1b2d94b7ebaba9d7744f4aefb529b5ac060f328ea6df 84bb72e11f5bae7e37fedcea93559d170da6a5c4ce1e63f6559f094e6189c7]]
Document description: Appealed Order Doc 13
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=10/2/2026] [FileNumber=16131585-2] [741bd7c5d065d28e4e54928f19b2f10837b4b2740d3d0c7d6db955243d6b080d12 2e92e92cf0ac8a2c58c9d3d6a3269dc5184c275511dac2f00c3b387ddad167]]
Document description: Bankruptcy Docket Sheet
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=10/2/2026] [FileNumber=16131585-3] [21a9de705b566296d29526cd0569740753466800cf7ba48bdad03936e355e2d30c cc28493646deffa38c5f643fb16fb7f884ad27c792a7e3bfc2e52ed8d25037]]