IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br><br>TAMERLANE TIMUR BEY, II,<br><br>Debtor(s). | CASE NO. 26-62896-LRC<br>CHAPTER 7 |
| 2018-4 IH BORROWER LP,<br><br>Movant,<br><br>v.<br><br>Tamerlane Timur Bey, II, Debtor(s),<br>Office of the United States Trustee, Trustee[1]<br><br>Respondents. | Judge Ritchey Craig |

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT -9 P 3:49
VANIA S. ALLEN
CLERK
BY: C.W.
DEPUTY CLERK

**DEBTOR'S EMERGENCY MOTION TO EXTEND TIME TO COMPLY WITH DOCKET NO. 8, ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES), AND REQUEST FOR EXPEDITED CONSIDERATION**

COMES NOW I, Debtor Tamerlane Timur Bey, II ("Debtor"), appearing pro se, respectfully moves this Court for an extension of time to comply with Docket No. 8, entitled "Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies)," and requests expedited consideration of this motion. Debtor submits this request on October 9, 2026, the deadline identified in Docket No. 8 for several outstanding documents. In support of this motion, Debtor states as follows:

## I. RELEVANT PROCEDURAL HISTORY

1. On September 25, 2026, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this case.

2. The Court subsequently entered Docket No. 8, Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies), which established deadlines for Debtor to file specified bankruptcy documents necessary for the administration of this case.

3. Docket No. 8 identifies October 9, 2026, as the deadline for filing the following documents:

a. Statement of Financial Affairs, Official Form 107;

b. Schedules A/B through J, Official Forms 106A/B through 106J;

c. Summary of Assets and Liabilities, Official Form 106 Summary;

d. Declaration About Debtor's Schedules, Official Form 106;

e. Chapter 7 Statement of Current Monthly Income, Official Form 122A-1, and, if applicable, Chapter 7 Means Test Calculation, Official Form 122A-2;

f. Certificate of Credit Counseling; and

g. Pay advices or other evidence of payment received within the applicable 60-day period before filing, or the alternative statement or explanation specified in Docket No. 8.

4. Debtor has completed the Certificate of Credit Counseling and is continuing to work on the remaining required documents. Debtor requests additional time to complete, review, and file the outstanding documents identified in Docket No. 8.

## II. GOOD CAUSE EXISTS FOR A LIMITED EXTENSION

5. Debtor is self-represented and is working diligently to complete the required bankruptcy schedules, statements, declarations, and supporting documentation. The remaining documents require the collection, organization, review, and accurate reporting of financial information across multiple official bankruptcy forms.

6. Debtor has not abandoned the filing requirements and does not seek to avoid compliance with the Court's order. Rather, Debtor requests a brief and definite extension so that the required documents can be completed accurately and consistently instead of being submitted hastily or with avoidable omissions.

7. Debtor has already completed the Certificate of Credit Counseling and is actively working on the remaining documents. This progress demonstrates that Debtor is taking steps toward compliance with Docket No. 8 and is seeking only the additional time reasonably necessary to finish the outstanding requirements.

8. Debtor respectfully submits that allowing a short extension will promote accurate filings and the orderly administration of this Chapter 7 case. The requested relief is limited to the outstanding documents subject to the October 9, 2026 deadline. Debtor is not requesting an indefinite extension or relief from the underlying obligation to file the required documents.

9. Debtor brings this motion promptly, on the date identified by the Court's order as the filing deadline. Debtor respectfully requests that the Court consider the motion before

taking any action based on the outstanding deficiencies and allow Debtor a reasonable opportunity to complete the required filings.

## III. APPLICABLE LAW

10. Federal Rule of Bankruptcy Procedure 9006(b)(1) provides that, for cause shown, the Court may enlarge a period prescribed by the Bankruptcy Rules or by court order when the request is made before the original period expires, subject to the exceptions and limitations stated in the Rule. Debtor submits that the need to complete and verify multiple required bankruptcy documents, the work already completed, and the limited duration of the requested extension constitute grounds for the Court to consider the requested relief.

11. Federal Rule of Bankruptcy Procedure 1007(c) governs the time for filing specified bankruptcy schedules and statements and permits extensions for cause shown where authorized by the Rule. Debtor requests an extension consistent with the Rule and any applicable limitations.

12. Federal Rule of Bankruptcy Procedure 1007(b) identifies schedules, statements, and other documents required in an individual bankruptcy case. Debtor recognizes the obligation to provide the required information and requests additional time to complete the outstanding documents in compliance with those requirements.

13. Bankruptcy Local Rule 9006-1 requires motions or requests for extensions of time to identify the original expiration date and any previously granted extensions. The original deadline at issue is October 9, 2026, as specified in Docket No. 8. Debtor requests an

extension of that deadline and will comply with any further deadline established by the Court.

14. Bankruptcy Local Rule 9003-2 requires requests for relief from the Bankruptcy Court to be made by written motion, pleading, or other filed paper rather than by letter or email. Debtor therefore presents this request through a formal written motion.

15. Because the current deadline is imminent, Debtor also requests expedited consideration under Bankruptcy Local Rule 9006-2, which permits the Court, upon written motion and good cause shown, to shorten notice and hearing requirements for an emergency matter requiring immediate attention. Debtor requests prompt consideration and will follow the Court's applicable procedures for notifying chambers staff of this emergency filing.

## IV. SPECIFIC RELIEF REQUESTED

16. Debtor respectfully requests an extension of fourteen (14) days, through October 23, 2026, to file the outstanding documents identified in Docket No. 8 as due October 9, 2026.

17. If the Court determines that a fourteen-day extension is not warranted, Debtor alternatively requests such shorter extension as the Court considers reasonable.

18. Debtor further requests that this motion be considered on an expedited basis before the existing deadline, to the extent practicable, so that Debtor may know the applicable filing deadline and proceed accordingly.

19. Debtor understands that filing this motion does not, by itself, modify Docket No. 8 or extend any deadline. Debtor respectfully requests an order granting the requested

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I served a true and correct copy of the foregoing Debtor's Emergency Motion to Extend Time to Comply with Docket No. 8, Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies), and Request for Expedited Consideration on all parties entitled to notice in the manner required by the Federal Rules of Bankruptcy Procedure, the Local Rules of Practice for the Northern District of Georgia, and any applicable order of this Court.

Tamerlane Timur Bey, II
Debtor, Pro Se

Date: Friday, October , 9th, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |

extension and will continue working on the outstanding documents while awaiting the Court's decision.

WHEREFORE, Debtor Tamerlane Timur Bey, II, respectfully requests that the Court:

A. Grant this Emergency Motion to Extend Time to Comply with Docket No. 8;

B. Extend through October 23, 2026, the deadline to file the outstanding documents identified in Docket No. 8 as due October 9, 2026;

C. Alternatively, grant a shorter extension the Court deems reasonable;

D. Consider this motion on an expedited basis before taking action based on the outstanding filing deficiencies; and

E. Grant such other relief as the Court deems just and proper.

Respectfully submitted this 9th day of October, 2026.

Tamerlane Timur Bey, II
Debtor, Pro Se

Date: Friday, October , 9th, 2026

| | |
|---|---|
| TAMERLANE TIMUR BEY, II<br>172 North Mill Road<br>Sandy Springs, Georgia 30328<br>tbeyii@gmail.com | /s/ Tamerlane T Bey II<br>TAMERLANE T. BEY II<br>DEBTOR |