IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Tamerlane Timur Bey, II<br><br>**Debtor(s)**. | CASE NO. 26-62896-lrc<br>CHAPTER 7<br><br>Judge Lisa Ritchey Craig |
| 2018-4 IH Borrower LP<br><br>**Movant**<br><br>v.<br><br>Tamerlane Timur Bey, II, Debtor(s),<br>Jason L. Pettie, Trustee<br><br>**Respondents**. | |

**RESPONSE IN OPPOSITION TO CONTINUANCE REQUEST**

COMES NOW, 2018-4 IH Borrower LP (hereinafter "Creditor"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, files this Response in Opposition to a Continuance Request as set for October 14, 2026, respectfully showing this honorable Court as follows:

1.

While Debtor styles its request for a continuance as an 'emergency', Debtor sets forth no emergent basis. See Doc. 47.

2.

Instead, Debtor simply asks for additional time to prepare for said hearing – a hearing on issues already substantively briefed at length by both parties. See Doc. 7, 16, 17, 19, 20, 21, 24.

3.

Notably, this is an issue which this Court has substantively addressed via order and which, to-date, Debtor has brought forth no contrary authority. See Doc. 13; see record.

4.

Creditor submits that Debtor's request is part of an ongoing scheme of frivolous filings which otherwise authorizes this Court to award Creditor sanctions against Debtor. See Doc. 17 (requesting sanctions be entered against Debtor pursuant to 11 U.S.C.A. § 105(a) based on Debtor's actual knowledge of its bad faith filings).

5.

Debtor submits that this Court should summarily dispose of the issues remaining before it and deny Debtor's frivolous and legally unsupported requests.

WHEREFORE, 2018-4 IH Borrower LP prays for the following relief:

(a) That this Court deny Debtor's frivolous request for an extension of time;

(b) That the Court award Creditor its attorney's fees and costs as sanctions pursuant to 11 U.S.C.A. § 105(a), as previously briefed; and

(d) For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Monday, October 12, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

**CERTIFICATE OF SERVICE**

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***RESPONSE IN OPPOSITION TO CONTINUANCE REQUEST*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Jason L. Pettie
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Tamerlane Timur Bey, II, pro se Debtor
172 North Mill Rd
Sandy Springs, GA 30328

Dated: Monday, October 12, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT