**IT IS ORDERED as set forth below:**

**Date: October 13, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF RESCHEDULED HEARING**

On September 30, 2026, Debtor filed an *Emergency Motion For Reconsideration Of Doc.13 And For Temporary Stay Pending Hearing* (Doc. 19) and an *Emergency Motion for Stay Pending Appeal Pursuant To FED.R.BANKR.P.8007* (Doc. 24, collectively, the "Motions"). As Debtor requested an expedited hearing on the Motions, the Court scheduled a hearing on the Motions for October 14, 2026. On October 9, 2026, Debtor filed an *Emergency Motion to Continue October 14, 2026 Hearing, for Expedited*

*Consideration, and for Alternative Procedural Relief* (Doc. 47, the "Motion to Continue"), seeking a reset of the Motions for seven to fourteen days because Debtor needs additional time to prepare. A response in opposition to the continuance was filed by 2018-4 IH Borrower LP ("Landlord"). For good cause shown, and Landlord having failed to raise a sufficient basis for opposing the granting of additional time for Debtor to prepare for the hearing,

IT IS ORDERED that the Motion is **GRANTED**.

The rescheduled hearing on the Motions and the Motion for Entry of Order Confirming That No Stay is in Effect, RENEWED (Doc. 17), filed by Landlord, will be held on **November 4, 2026**, at 9:45 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**END OF DOCUMENT**

**Distribution List**

**Tamerlane Timur Bey, II**
172 North Mill Rd
Sandy Springs, GA 30328

**Jason L. Pettie**
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

**Matthew F. Totten**

The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338