**IT IS ORDERED as set forth below:**

**Date: October 15, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**O R D E R**

Before the Court is *Debtor's Emergency Motion to Extend Time to Comply with Docket No. 8 Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies), and Request for Expedited Consideration* (hereinafter the "Motion," Dkt. No. 46). Upon filing a bankruptcy petition, Debtor failed to file all required documents. All missing documents were due on or before October 9, 2026. Dkt. No. 8 (the "Order"). Debtor now seeks a 14-day extension of this deadline until October 23, 2026. To ensure that the Chapter 7 trustee and all creditors have sufficient time to prepare for the first meeting of

creditors scheduled for October 26, 2026, the Court cannot grant such a lengthy extension. However, for good cause shown,

**IT IS HEREBY ORDERED** that

Debtor's request for an extension of time to file the remaining documents listed in the Order is **GRANTED in part and DENIED in part**. Debtor shall file these documents on or before **October 22, 2026**.

The Clerk is **DIRECTED** to serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**