Certificate Number: 15725-GAN-CC-041542200

15725-GAN-CC-041542200

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 9, 2026, at 3:14 o'clock PM EDT, Tamerlane Bey received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 OCT -9 P 3:50

VANIA S. ALLEN
CLERK

BY: ________
DEPUTY CLERK

Date: October 9, 2026

By: /s/Luis Velasquez

Name: Luis Velasquez

Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).