**IT IS ORDERED as set forth below:**

**Date: October 13, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF RESCHEDULED HEARING**

On September 30, 2026, Debtor filed an *Emergency Motion For Reconsideration Of Doc.13 And For Temporary Stay Pending Hearing* (Doc. 19) and an *Emergency Motion for Stay Pending Appeal Pursuant To FED.R.BANKR.P.8007* (Doc. 24, collectively, the "Motions"). As Debtor requested an expedited hearing on the Motions, the Court scheduled a hearing on the Motions for October 14, 2026. On October 9, 2026, Debtor filed an *Emergency Motion to Continue October 14, 2026 Hearing, for Expedited*

*Consideration, and for Alternative Procedural Relief* (Doc. 47, the "Motion to Continue"), seeking a reset of the Motions for seven to fourteen days because Debtor needs additional time to prepare. A response in opposition to the continuance was filed by 2018-4 IH Borrower LP ("Landlord"). For good cause shown, and Landlord having failed to raise a sufficient basis for opposing the granting of additional time for Debtor to prepare for the hearing,

IT IS ORDERED that the Motion is **GRANTED**.

The rescheduled hearing on the Motions and the Motion for Entry of Order Confirming That No Stay is in Effect, RENEWED (Doc. 17), filed by Landlord, will be held on **November 4, 2026**, at 9:45 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**END OF DOCUMENT**

**Distribution List**

**Tamerlane Timur Bey, II**
172 North Mill Rd
Sandy Springs, GA 30328

**Jason L. Pettie**
Gordon and Pettie, LLC
1600 Parkwood Circle SE
Suite 500
Atlanta, GA 30339

**Matthew F. Totten**

The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

United States Bankruptcy Court
Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 26-62896-lrc |
| Tamerlane Timur Bey, II | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Oct 28, 2026 | Form ID: pdf534 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Matthew Franklin Totten | on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3