**IT IS ORDERED as set forth below:**

**Date: October 15, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is *Debtor's Emergency Motion to Extend Time to Comply with Docket No. 8 Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies), and Request for Expedited Consideration* (hereinafter the "Motion," Dkt. No. 46). Upon filing a bankruptcy petition, Debtor failed to file all required documents. All missing documents were due on or before October 9, 2026. Dkt. No. 8 (the "Order"). Debtor now seeks a 14-day extension of this deadline until October 23, 2026. To ensure that the Chapter 7 trustee and all creditors have sufficient time to prepare for the first meeting of

creditors scheduled for October 26, 2026, the Court cannot grant such a lengthy extension. However, for good cause shown,

**IT IS HEREBY ORDERED** that

Debtor's request for an extension of time to file the remaining documents listed in the Order is **GRANTED in part and DENIED in part**. Debtor shall file these documents on or before **October 22, 2026**.

The Clerk is **DIRECTED** to serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62896-lrc
Tamerlane Timur Bey, II Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Oct 29, 2026 Form ID: pdf441 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Matthew Franklin Totten | on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3