**IT IS ORDERED as set forth below:**

**Date: November 2, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is the *Debtor's Motion for Voluntary Dismissal of Chapter 7 Case* (Doc. 53, the "Motion").

IT IS ORDERED that any party in interest that objects to the dismissal of this case must file a written response to the Motion on or before November 16, 2026;

IT IS FURTHER ORDERED that, if no written response is filed timely, the Court may grant the Motion and dismiss the case without further notice or hearing.

**END OF DOCUMENT**

**Distribution List**

ALL PARTIES ON THE COURT'S MAILING MATRIX