**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>TAMERLANE TIMUR BEY, II,<br><br>Debtor. | CASE NUMBER:<br><br>26-62896-LRC<br><br>IN THE PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE |

**ORDER AND NOTICE OF RESCHEDULED IN-PERSON HEARING**

Before the Court is Movant 2018-4 IH Borrower LP's (the "Movant") *Renewed Motion for Order Confirming No Stay in Effect Pursuant to 11 U.S.C. § 362(B)(22)* (Doc. 17, the "Renewed Motion"), Debtor's *Emergency Motion for Reconsideration of Doc. 13 and for Temporary Stay Pending Hearing* (Doc. 19, the "Motion to Reconsider"), Debtor's

*Emergency Objection to Renewed Motion for Order Confirming No Stay and Request for Hearing* (Doc. 20, the "Objection"), and Debtor's *Emergency Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8007* (Doc. 24, the "Motion for Stay Pending Appeal"). The aforementioned motions are currently scheduled for hearing on November 4, 2026. However, on October 29, 2026, Debtor filed his *Motion for Voluntary Dismissal of Chapter 7 Case and Memorandum of Law in Support* (Doc. 53, the "Motion to Dismiss"). As a result, the Court entered an order (Doc. 58, the "Objection Period Order") setting an objection period for any party in interest to respond or object to the Motion to Dismiss, ending on November 16, 2026. In light of Debtor's Motion to Dismiss and the Court's Objection Period Order, the Court will reschedule the aforementioned motions, currently set for hearing on November 4, 2026, to a later date.

Accordingly, IT IS HEREBY ORDERED, and notice is given, that the Court will reschedule the hearing on the Renewed Motion (Doc. 17), the Motion to Reconsider (Doc. 19), the Objection (Doc. 20), and the Motion for Stay Pending Appeal (Doc. 24) to **December 2, 2026, at 9:45 a.m.,** to be attended in-person, in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. As noted in the Objection Period Order, if no responses are filed before November 16, 2026, the Court may grant the Motion to Dismiss and dismiss the case without further notice or hearings.

**END OF DOCUMENT**

**Distribution List:**

ALL PARTIES ON THE COURT'S MAILING MATRIX