**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>TAMERLANE TIMUR BEY, II,<br><br>Debtor. | CASE NUMBER:<br><br>26-62896-LRC<br><br>IN THE PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE |

**ORDER AND NOTICE OF RESCHEDULED IN-PERSON HEARING**

Before the Court is Movant 2018-4 IH Borrower LP's (the "Movant") *Renewed Motion for Order Confirming No Stay in Effect Pursuant to 11 U.S.C. § 362(B)(22)* (Doc. 17, the "Renewed Motion"), Debtor's *Emergency Motion for Reconsideration of Doc. 13 and for Temporary Stay Pending Hearing* (Doc. 19, the "Motion to Reconsider"), Debtor's

*Emergency Objection to Renewed Motion for Order Confirming No Stay and Request for Hearing* (Doc. 20, the "Objection"), and Debtor's *Emergency Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8007* (Doc. 24, the "Motion for Stay Pending Appeal"). The aforementioned motions are currently scheduled for hearing on November 4, 2026. However, on October 29, 2026, Debtor filed his *Motion for Voluntary Dismissal of Chapter 7 Case and Memorandum of Law in Support* (Doc. 53, the "Motion to Dismiss"). As a result, the Court entered an order (Doc. 58, the "Objection Period Order") setting an objection period for any party in interest to respond or object to the Motion to Dismiss, ending on November 16, 2026. In light of Debtor's Motion to Dismiss and the Court's Objection Period Order, the Court will reschedule the aforementioned motions, currently set for hearing on November 4, 2026, to a later date.

Accordingly, IT IS HEREBY ORDERED, and notice is given, that the Court will reschedule the hearing on the Renewed Motion (Doc. 17), the Motion to Reconsider (Doc. 19), the Objection (Doc. 20), and the Motion for Stay Pending Appeal (Doc. 24) to **December 2, 2026, at 9:45 a.m.,** to be attended in-person, in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. As noted in the Objection Period Order, if no responses are filed before November 16, 2026, the Court may grant the Motion to Dismiss and dismiss the case without further notice or hearings.

**END OF DOCUMENT**

**Distribution List:**

ALL PARTIES ON THE COURT'S MAILING MATRIX

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62896-lrc
Tamerlane Timur Bey, II Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf534 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamerlane Timur Bey, II, 172 North Mill Rd, Sandy Springs, GA 30328-1837 |
| cr | + | 2018-4 IH Borrower LP, c/o The Totten Firm, 5579 Chamb-Dunwoody Rd, Ste B-136, Atlanta, GA 30338 US 30338-4154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 20:12:29 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26134484 | ^ | MEBN | Nov 03 2026 20:01:27 | Invitation Homes, 8601 Dunwoody Place, Ste 520, Sandy Springs, GA 30350-2551 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason L. Pettie | jpettie@gordonpettie.com GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |

Matthew Franklin Totten
on behalf of Creditor 2018-4 IH Borrower LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

TOTAL: 3