**IT IS ORDERED as set forth below:**

**Date: November 6, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER DENYING APPLICATION**
**FOR WAIVER OF FILING FEE**

Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 4). In a prior order entered September 30, 2026 (Doc. No. 26) (the "Order"), the Court directed Debtor to supplement the Application. The Order also notified Debtor that the failure to comply on or before October 9, 2026, may result in the denial of the Application without further hearing. The Court subsequently granted Debtor's request for additional time to file missing documents, extending that deadline to October 22, 2026 (Doc. No. 50).

Debtor has failed to supplement the Application as requested. In accordance with the Order,

IT IS HEREBY ORDERED that the Application is DENIED; however, to allow Debtor an opportunity to pay the filing fee, it is further

ORDERED that Debtor shall either (1) pay the Chapter 7 filing fee in full within ten (10) days of the date of the entry of this Order, or (2) begin making installment payments as follows:

$ 85.00 on or before 10 days from the date of the entry of this Order.
$ 126.00 on or before 30 days from the date of the entry of this Order.
$ 127.00 on or before 60 days from the date of the entry of this Order.

ALL PAYMENTS MUST BE MADE BY MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT."[1]

Payments may also be made online at: https://www.ganb.uscourts.gov/online−payments

If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without opportunity for hearing.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

**END OF DOCUMENT**

[1] Mailing Address
United States Bankruptcy Court, 1340 Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303.