**IT IS ORDERED as set forth below:**

**Date: November 17, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| TAMERLANE TIMUR BEY, II, | : | 26-62896-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER**

Before the Court is the *Debtor's Motion for Voluntary Dismissal of Chapter 7 Case* (Doc. 53, the "Motion"). In accordance with the Order entered on November 2, 2026, it appearing that no party opposes dismissal of the case,

IT IS ORDERED that, pursuant to 11 U.S.C. 707(a), the Motion is GRANTED, and this case is DISMISSED.

**END OF DOCUMENT**

**Distribution List**
ALL PARTIES ON THE COURT'S MAILING MATRIX